UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL W. METZ, | ) | CASE NO. 1:24-cv-1671 |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **MEMORANDUM OPINION AND ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Daniel Metz's ("Metz") claim for disability insurance benefits was denied by defendant Commissioner of Social Security (the "Commissioner"). (Doc. No. 1 (Complaint), at 1–2.) Metz seeks review of that adverse decision. *See* 28 U.S.C. § 405(g). The Court referred the matter to Magistrate Judge Jonathan D. Greenberg for a report and recommendation. *See* Local Rule 72.2(b). On July 22, Judge Greenberg recommended that the Court affirm the Commissioner's decision. (*See* Doc. No. 11 (Report and Recommendation).)

Under 28 U.S.C. § 636(b)(1)(C), "[w]ithin fourteen days after being served with a copy [of a report and recommendation], any party may serve and file written objections to [the] proposed findings and recommendations as provided by rules of court." That fourteen-day period expired on August 5, but Metz has filed no objections. Failure to file written objections to a magistrate judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813, 814–15 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Newman v. Comm'r of Soc. Sec.*, No. 5:22-cv-1982, 2023 WL 7048737, at *1 (N.D. Ohio Oct. 26, 2023).

The Court has reviewed the magistrate judge's report and recommendation and adopts the same. Accordingly, the Commissioner's decision is **AFFIRMED,** and this case is **DISMISSED**.

**IT IS SO ORDERED**.

Dated: August 11, 2025

**HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT**